UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00526-FDW-SCR

| | |
|---|---|
| PATRICK ALSTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AY LOGISTICS, INC., TRANSPORT )<br>LEASING CONTRACT, INC., THOMAS )<br>AND COMPANY, LLC, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the Court as to the deadlines in this case. On September 3, 2024, the Court issued a Pretrial Order and Case Management Plan. (Doc. No. 19.) On October 29, 2024, counsel for Defendant Thomas and Company, LLC ("Defendant") filed a Certification of Initial Attorney Conference and Discovery Plan.[1] (Doc. No. 37.) After reviewing the docket and the Certification, it appears Defendant was only recently served and did not participate in the earlier Initial Attorney Conference and Discovery Plan, the Certification of which was filed on August 27, 2024, (Doc. No. 18). Defendant agrees to the deadlines set forth in the Court's Pretrial Order and Case Management Plan and "does not request any deviations or extensions of time therefrom." (Doc. No. 37, p. 2.)

This Order merely supplements, not supplants, the Court's previously entered Pretrial Order and Case Management Plan. (Doc. No. 19.) The initial pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be exchanged between Plaintiff and Defendant **no later than November**

---

[1] The Court notes Thomas and Thorngren Inc. is the correct legal name for Defendant. (Doc. No. 37, p. 6.)

1

**12, 2024**. All the other deadlines in the previously entered Pretrial Order and Case Management Plan, (Doc. No. 19), remain in effect.

    **IT IS SO ORDERED**.

Signed: November 6, 2024

_____
Frank D. Whitney
United States District Judge

2

Case 3:24-cv-00526-FDW-SCR   Document 38   Filed 11/06/24   Page 2 of 2